**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**Better Bath Better Body LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**DBA Dr. Suds**
**FDBA BBBB Kenutcky LLC**
**FDBA Successor by merger with Better Bath Better Body LLC, a California LLC**

**3. Debtor's federal Employer Identification Number** (EIN)

**47-4421893**

**4. Debtor's address**

**Principal place of business**

**10200 Forest Green Blvd, Suite 112**
**Louisville, KY 40223**
Number, Street, City, State & ZIP Code

**Jefferson**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**https://www.betterbathbetterbody.com/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ______________

Debtor **Better Bath Better Body LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

Debtor **Better Bath Better Body LLC** Case number (*if known*) ____________
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____________ Relationship ____________
District ____________ When ____________ Case number, if known ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____________
Contact name ____________
Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Better Bath Better Body LLC** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Better Bath Better Body LLC** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 3, 2026**
MM / DD / YYYY

*X* **/s/ Jason Clegg**
Signature of authorized representative of debtor

**Jason Clegg**
Printed name

Title **Manager**

**18. Signature of attorney**

*X* **/s/ Charity S. Bird**
Signature of attorney for debtor

Date **June 3, 2026**
MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone **(502) 540-8285** Email address **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

# RESOLUTION OF THE MANAGER AND SOLE MEMBER OF BETTER BATH BETTER BODY LLC

**June 3, 2026**

The undersigned, being the manager and sole member of **BETTER BATH BETTER BODY LLC** (the "Company"), hereby adopts the following recitals and resolutions pursuant to the Articles of Organization of the Company, dated on or around March 30, 2022 (the "Articles").

**WHEREAS**, the Manager and Sole Member has determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Manager and Sole Member has determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Jason Clegg, as Manager and Member of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Jason Clegg, as Manager and Member of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. Clegg may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

**IN WITNESS WHEREOF**, the Manager and Sole Member has executed this Resolution on the date first written above.

Signed by:
Jason Clegg, Manager and Member
C4C920A4336D4C4...

Jason Clegg, Manager and Sole Member

**Fill in this information to identify the case:**

Debtor name **Better Bath Better Body LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 3, 2026**

X **/s/ Jason Clegg**
Signature of individual signing on behalf of debtor

**Jason Clegg**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Better Bath Better Body LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF KENTUCKY**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Debra Cherney<br>E2669 County Rd J<br>Kewaunee, WI 54216 | | Revenue royalties | | | | $315,775.00 |
| First Citizens Bank & Trust<br>P.O. BOX 100706<br>Pasadena, CA 91189 | | Rennco packager | | $39,149.24 | $7,000.00 | $32,149.24 |
| Five Star Bank<br>2240 Douglas Blvd, Suite 100<br>Roseville, CA 95661 | | All personal property | | $221,713.60 | $50,814.88 | $170,898.72 |
| Keith Fleischmann<br>15455 Albright St<br>Pacific Palisades, CA 90272 | | Revenue royalties | | | | $13,830.00 |
| Guthrie Family Living Trust<br>18695 N 03rd St<br>Scottsdale, AZ 85255 | | Revenue royalties | | | | $290,174.20 |
| Hub Group, Inc.<br>2001 Hub Group Way<br>Oak Brook, IL 60523 | | Trade debt | | | | $26,152.10 |
| LEAF Capital Funding LLC<br>PO Box 5066<br>Hartford, CT 06102 | | Junapack auto pouch bagger; all personal property | | $137,252.36 | $50,000.00 | $87,252.36 |
| Dat Nguyen<br>8192 Willow Dr<br>Cypress, CA 90630 | | Revenue royalties | | | | $76,977.00 |
| OnDeck<br>4700 W Daybreak Pkwy, #200<br>South Jordan, UT 84009 | | Merchant Cash Advance | | | | $137,124.00 |

Debtor **Better Bath Better Body LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| OTC Industrial<br>PO Box 73278<br>Cleveland, OH 44193 | | Trade debt | | | | $8,223.49 |
| Pawnee Leasing Corporation<br>700 Centre Avenue<br>Fort Collins, CO 80526 | | Junapack checkweigher and hapman conveyor | | $76,907.21 | $2,000.00 | $74,907.21 |
| Pitney Bowes<br>3001 Summer Street<br>Stamford, CT 06926 | | Batchmaster dispenser | | $78,025.87 | $8,000.00 | $70,025.87 |
| PNC Bank, NA<br>PO Box 747032<br>Pittsburgh, PA 15274 | | Bank loan | | | | $97,213.70 |
| Premier Magnesia<br>1000 Heid Ave<br>Waynesburg, PA 15370 | | Trade debt | | | | $42,886.65 |
| Priority1 Freight<br>639 Loyola Ave, Suite 1800<br>New Orleans, LA 70113 | | Trade debt | | | | $14,305.57 |
| RXO<br>AG Adjustments, Ltd.<br>1 Huntington Quadrangle, Ste 4N15<br>Melville, NY 11747 | | Trade debt | | | | $20,508.02 |
| Tim Sciacqua<br>918 Crest View Drive<br>Mesquite, NV 89027 | | Revenue royalties | | | | $68,820.00 |
| Toyota Industries Commerical Finance<br>PO Box 660926<br>Dallas, TX 75266 | | Toyota 8FBE20U Forklift | | $12,695.36 | $5,000.00 | $7,695.36 |
| Tricore Capital<br>13107 Colonel Glenn Rd<br>Little Rock, AR 72210 | | Revenue royalties | | | | $259,460.00 |
| Brian Wheeler<br>21 Coventry Ln<br>Daleville, VA 24083 | | Revenue royalties | | | | $37,011.00 |

**Fill in this information to identify the case:**

Debtor name **Better Bath Better Body LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*........ | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*........ | $ | **232,742.88** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*........ | $ | **232,742.88** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*........ | $ | **1,671,157.08** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ | +$ | **1,467,223.05** |
| 4. **Total liabilities** ........ Lines 2 + 3a + 3b | $ | **3,138,380.13** |

**Fill in this information to identify the case:**

Debtor name **Better Bath Better Body LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Chase Bank** | **Business checking** | **2007** | **$17,606.33** |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. **Amazon Pending Payout** | | | **$4,916.78** |
| 4.2. **Shopify funds held** | | | **$2,228.01** |
| 4.3. **PayPal Business Account** | | | **$1,629.30** |

5. **Total of Part 1.** **$26,380.42**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

Debtor **Better Bath Better Body LLC** Case number *(If known)*
Name

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **24,434.46** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$24,434.46**

12. **Total of Part 3.** **$24,434.46**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | **Epsom salt (4,960 lbs)** | | **$0.00** | **Liquidation** | **$1,400.00** |
| | **Himilayan salt (4,675 lbs)** | | **$0.00** | **Liquidation** | **$6,075.00** |
| | **Baking soda (850 lbs)** | | **$0.00** | **Liquidation** | **$340.00** |
| | **Sea salt (50 lbs)** | | **$0.00** | **Liquidation** | **$12.50** |
| | **Citric acid (750 lbs)** | | **$0.00** | **Liquidation** | **$1,125.00** |
| | **Additives (96 lbs)** | | **$0.00** | **Liquidation** | **$144.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | **11,739 units at Amazon FBA** | | **$0.00** | **Liquidation** | **$29,347.50** |

Debtor **Better Bath Better Body LLC** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| 22. | **Other inventory or supplies**<br>**22,632 units in warehouse** | **$0.00** | **Liquidation** | **$56,580.00** |

23. **Total of Part 5.** **$95,024.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**3 desks & chairs, 1 conference room table & chairs, 1 large cabinet, 1 standard cabinet** | **$0.00** | | **$3,704.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**3 computers with accessories** | **$0.00** | | **$1,200.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** **$4,904.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Toyota 8FBE20U Forklift** | **$0.00** | | **$5,000.00** |
| | **Case former & sealer plus parts** | **$0.00** | | **$3,000.00** |
| | **All Fill filler** | **$0.00** | | **$2,000.00** |
| | **All Fill top & bottom labeler** | **$0.00** | | **$4,000.00** |
| | **Junapack auto pouch bagger** | **$0.00** | | **$50,000.00** |
| | **Junapack checkweigher and hapman conveyor** | **$0.00** | | **$2,000.00** |
| | **Batchmaster dispenser** | **$0.00** | | **$8,000.00** |
| | **Rennco packager** | **$0.00** | | **$7,000.00** |
| | **Tablet wrapper machine** | **$0.00** | | **$1,000.00** |

51. **Total of Part 8.** **$82,000.00**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

Debtor **Better Bath Better Body LLC** Case number *(If known)*
Name

☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | **Better Bath Better Body** | **$0.00** | | **$0.00** |
| 61. | **Internet domain names and websites** | | | |
| | **BetterBathBetterBody.com** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | **Email subscriber list (1,200 subscribers)** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Debtor **Better Bath Better Body LLC** Case number *(If known)*
Name

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| **Scottsdale Insurance Co. - Commercial General Liability** | **$0.00** |
| **Liberty Mutual - Commercial Business Personal Property** | **$0.00** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Better Bath Better Body LLC** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$26,380.42** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$24,434.46** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$95,024.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$4,904.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$82,000.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$232,742.88** | + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$232,742.88** |

**Fill in this information to identify the case:**

Debtor name **Better Bath Better Body LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) ________________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Daytona Funding Solutions Corp**
Creditor's Name

**266 Broadway, Suite 401**
**Brooklyn, NY 11211**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property**

**Describe the lien**
**UCC-1 filed in KY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$91,875.00** Column B: **$0.00**

**2.2 First Citizens Bank & Trust**
Creditor's Name

**P.O. BOX 100706**
**Pasadena, CA 91189**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/2022**

**Last 4 digits of account number**
**4570**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Rennco packager**

**Describe the lien**
**UCC-1 filed in CA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$39,149.24** Column B: **$7,000.00**

Debtor **Better Bath Better Body LLC** Case number (if known)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 Five Star Bank** | **$221,713.60** | **$50,814.88**

Creditor's Name
**2240 Douglas Blvd, Suite 100**
**Roseville, CA 95661**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0148**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property**

**Describe the lien**
**UCC-1 filed in CA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 Kensington Holdings, LLC** | **$580,000.00** | **$0.00**

Creditor's Name
**30 N Gould St, Ste N**
**Sheridan, WY 82801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**UCC-1 filed in KY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 LEAF Capital Funding LLC** | **$137,252.36** | **$50,000.00**

Creditor's Name
**PO Box 5066**
**Hartford, CT 06102**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Junapack auto pouch bagger; all personal property**

**Describe the lien**
**UCC-3 filed in CA**

**Is the creditor an insider or related party?**
■ No

Debtor **Better Bath Better Body LLC** Case number (if known)
Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/2022**

**Last 4 digits of account number**
**1001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Meridian Equipment Finance**
Creditor's Name

**367 Eagleview Blvd**
**Exton, PA 19341**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/2021**

**Last 4 digits of account number**
**2002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Fill filler, and accessories**

**$1,602.70** **$2,000.00**

**Describe the lien**
**Purchase money security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **Meridian Equipment Finance**
Creditor's Name

**367 Eagleview Blvd**
**Exton, PA 19341**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/2021**

**Last 4 digits of account number**
**2003**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Fill top & bottom labeler**

**$4,718.10** **$4,000.00**

**Describe the lien**
**Purchase money security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Better Bath Better Body LLC** Case number (if known)
Name

2.8 **Novus Capital Funding**
Creditor's Name

**970 Lake Carillon Dr**
**Saint Petersburg, FL 33716**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** **$34,043.00** **$0.00**

**Describe the lien**
**Merchant Cash Advance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **OnRamp**
Creditor's Name
**1705 S Capital of Texas Hwy, #500**
**Austin, TX 78746**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** **$137,124.00** **$0.00**

**Describe the lien**
**Merchant Cash Advance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 **Parafin Capital**
Creditor's Name

**301 Howard St, Suite 1800**
**San Francisco, CA 94105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien** **$108,869.92** **$0.00**

**Describe the lien**
**Merchant Cash Advance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor **Better Bath Better Body LLC** Case number (if known)
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Pawnee Leasing Corporation**
Creditor's Name

**700 Centre Avenue**
**Fort Collins, CO 80526**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/2022**
**Last 4 digits of account number**
**4898**

**Describe debtor's property that is subject to a lien**
**Junapack checkweigher and hapman conveyor**

**$76,907.21** **$2,000.00**

**Describe the lien**
**Machinery lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 **Pitney Bowes**
Creditor's Name

**3001 Summer Street**
**Stamford, CT 06926**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2587**

**Describe debtor's property that is subject to a lien**
**Batchmaster dispenser**

**$78,025.87** **$8,000.00**

**Describe the lien**
**Machinery lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **Shopify Capital**

**Describe debtor's property that is subject to a lien**

**$67,819.00** **$2,228.01**

Debtor **Better Bath Better Body LLC** Case number (if known)
Name

Creditor's Name
**33 New Montgomery St**
**Suite 750**
**San Francisco, CA 94105**
Creditor's mailing address

**Shopify funds held**

**Describe the lien**
**Merchant Cash Advance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 **The Smarter Merchant**
Creditor's Name
**460 Park Ave S**
**New York, NY 10011**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**$71,000.00** **$0.00**

**Describe the lien**
**Merchant Cash Advance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.15 **Toyota Industries Commerical Finance**
Creditor's Name
**PO Box 660926**
**Dallas, TX 75266**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Toyota 8FBE20U Forklift**

**$12,695.36** **$5,000.00**

**Describe the lien**
**Machinery lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/2022**

**Last 4 digits of account number**
**5850**

Debtor **Better Bath Better Body LLC** Case number (if known)
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.16 **Wintrust Financial** — **$8,361.72** — **$1,000.00**

Creditor's Name

**2050 Main St, Suite 230**
**Irvine, CA 92614**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8296**

**Describe debtor's property that is subject to a lien**
**Tablet wrapper machine**

**Describe the lien**
**Machinery lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,671,157.08**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Immix Law Group PC**<br>**600 NW Naito Pkwy, Suite G**<br>**Portland, OR 97209** | Line **2.4** | |
| **U.S. Attorney's Office (EDKY)**<br>**Attn: Bankruptcy**<br>**PO Box 1490**<br>**Lexington, KY 40588** | Line **2.3** | |
| **U.S. Small Business Administration**<br>**KY District Office**<br>**600 Dr. Martin Luther King, Jr. Place**<br>**Room 188**<br>**Louisville, KY 40202** | Line **2.3** | |
| **U.S. Small Business Administration**<br>**Tennessee District Office**<br>**2 International Plaza, Suite 500**<br>**Nashville, TN 37217-2002** | Line **2.3** | |

**Fill in this information to identify the case:**

Debtor name **Better Bath Better Body LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **Kentucky Department of Revenue**<br>**Legal Support Branch -**<br>**Bankruptcy**<br>**PO Box 5222**<br>**Frankfort, KY 40602** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Better Bath Better Body LLC** Case number (if known)
Name

**3.1** **Nonpriority creditor's name and mailing address**
**Alliance Analytical Labs**
**179 West Randall**
**Coopersville, MI 49404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,085.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**Anthem Blue Cross Blue Shield**
**PO Box 37180**
**Louisville, KY 40233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,239.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**ATS Logistics Services, Inc.**
**1465 SW Park Square Dr, Suite 206**
**Ankeny, IA 50023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,418.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**Debra Cherney**
**E2669 County Rd J**
**Kewaunee, WI 54216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$315,775.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Revenue royalties
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**Cintas**
**P.O. Box 630921**
**Cincinnati, OH 45263-0921**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,128.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**Clegg Properties LLC**
**301 Corporate Dr**
**Shelbyville, KY 40065**
**Date(s) debt was incurred** 04/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Keith Fleischmann**
**15455 Albright St**
**Pacific Palisades, CA 90272**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,830.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Revenue royalties
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Better Bath Better Body LLC**
Name

Case number (if known)

**3.8** **Nonpriority creditor's name and mailing address**
**Guthrie Family Living Trust**
**18695 N 03rd St**
**Scottsdale, AZ 85255**
**Date(s) debt was incurred** 07/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$290,174.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Revenue royalties
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
**Harcros Chemicals Inc.**
**PO Box 74583**
**Chicago, IL 60696**
**Date(s) debt was incurred** _
**Last 4 digits of account number** VL31

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,204.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**Hub Group, Inc.**
**2001 Hub Group Way**
**Oak Brook, IL 60523**
**Date(s) debt was incurred** 11/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,152.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**J&J Pallet**
**PO Box 583**
**New Albany, IN 47151**
**Date(s) debt was incurred** _
**Last 4 digits of account number** BETTERBATH

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,040.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Muse Freight**
**8205 W 108th Ter, Suite 220**
**Overland Park, KS 66210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
**Dat Nguyen**
**8192 Willow Dr**
**Cypress, CA 90630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$76,977.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Revenue royalties
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**Noll Law Office**
**2843 Brownsboro Rd, Ste 212**
**Louisville, KY 40206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Professional services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Better Bath Better Body LLC** Case number (if known)
Name

**3.15** **Nonpriority creditor's name and mailing address**
**OnDeck**
**4700 W Daybreak Pkwy, #200**
**South Jordan, UT 84009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$137,124.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Merchant Cash Advance
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**OTC Industrial**
**PO Box 73278**
**Cleveland, OH 44193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0682

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,223.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
**PNC Bank, NA**
**PO Box 747032**
**Pittsburgh, PA 15274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$97,213.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Bank loan
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Premier Magnesia**
**1000 Heid Ave**
**Waynesburg, PA 15370**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0640

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,886.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Priority1 Freight**
**639 Loyola Ave, Suite 1800**
**New Orleans, LA 70113**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 24P1

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,305.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**ProLift Toyota**
**ProLift Warehouse Solutions**
**13001 Plantside Dr**
**Louisville, KY 40299**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9238

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,192.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**RXO**
**AG Adjustments, Ltd.**
**1 Huntington Quadrangle, Ste 4N15**
**Melville, NY 11747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** BETBATKY

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,508.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Better Bath Better Body LLC** Case number (if known)
Name

3.22 **Nonpriority creditor's name and mailing address**
**Tim Sciacqua**
**918 Crest View Drive**
**Mesquite, NV 89027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$68,820.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Revenue royalties
Is the claim subject to offset? ■ No ☐ Yes

---

3.23 **Nonpriority creditor's name and mailing address**
**Shorr Packaging Corporation**
**PO Box 773252**
**Chicago, IL 60677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8881

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,142.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.24 **Nonpriority creditor's name and mailing address**
**Tricore Capital**
**13107 Colonel Glenn Rd**
**Little Rock, AR 72210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$259,460.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Revenue royalties
Is the claim subject to offset? ■ No ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**
**Uline**
**PO Box 88741**
**Chicago, IL 60680**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3826

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,211.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.26 **Nonpriority creditor's name and mailing address**
**Brian Wheeler**
**21 Coventry Ln**
**Daleville, VA 24083**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,011.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Revenue royalties
Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthem Blue Cross Blue Shield**<br>**PO Box 511300**<br>**Los Angeles, CA 90051** | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Corporation Service Company**<br>**315 High St**<br>**Frankfort, KY 40601** | Line 3.10<br>☐ Not listed. Explain ____ | _ |

Debtor **Better Bath Better Body LLC**
Name

Case number (if known)

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **U.S. Attorney**<br>**717 W Broadway**<br>**Louisville, KY 40202** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Valenti Hanley PLLC**<br>**c/o Michael A. Valenti, Esq**<br>**401 W Main St, #1950**<br>**Louisville, KY 40202** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **1,467,223.05** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **1,467,223.05** |

**Fill in this information to identify the case:**

Debtor name **Better Bath Better Body LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) __________

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease** | |
| | State the term remaining | **11 months** | **Clegg Properties LLC**<br>**301 Corporate Dr**<br>**Shelbyville, KY 40065** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Rennco packager** | |
| | State the term remaining | **10 months** | **First Citizens Bank & Trust**<br>**P.O. BOX 100706**<br>**Pasadena, CA 91189** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Junapack auto pouch bagger** | |
| | State the term remaining | **21 months** | **LEAF Capital Funding LLC**<br>**PO Box 5066**<br>**Hartford, CT 06102** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **All Fill filler: Lease No. 100592.002** | |
| | State the term remaining | | **Meridian Equipment Finance**<br>**367 Eagleview Blvd**<br>**Exton, PA 19341** |
| | List the contract number of any government contract | | |

Debtor 1 **Better Bath Better Body LLC** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **All Fill top & bottom labeler: Lease No. 100592.003** | **Meridian Equipment Finance**<br>**367 Eagleview Blvd**<br>**Exton, PA 19341** |
| | State the term remaining | **3 months** | |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Junapack checkweigher and hapman conveyor** | **Pawnee Leasing Corporation**<br>**700 Centre Avenue**<br>**Fort Collins, CO 80526** |
| | State the term remaining | **11 months** | |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Batchmaster dispenser** | **Pitney Bowes**<br>**3001 Summer Street**<br>**Stamford, CT 06926** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Toyota 8FBE20U Forklift** | **Toyota Industries Commerical Finance, In**<br>**PO Box 9050**<br>**Coppell, TX 75019-9050** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Tablet wrapper machine** | **Wintrust Financial**<br>**2050 Main St, Suite 230**<br>**Irvine, CA 92614** |
| | State the term remaining | **29 months** | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Better Bath Better Body LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Clegg Properties LLC** | **301 Corporate Dr<br>Shelbyville, KY 40065** | **Novus Capital Funding** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.2 | **Clegg Properties LLC** | **301 Corporate Dr<br>Shelbyville, KY 40065** | **The Smarter Merchant** | ■ D **2.14**<br>☐ E/F<br>☐ G |
| 2.3 | **Clegg Properties LLC** | **301 Corporate Dr<br>Shelbyville, KY 40065** | **Daytona Funding Solutions Corp** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.4 | **Contenzio LLC** | **501 W Broadway, Suite 800<br>San Diego, CA 92101** | **Novus Capital Funding** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.5 | **Contenzio LLC** | **501 W Broadway, Suite 800<br>San Diego, CA 92101** | **The Smarter Merchant** | ■ D **2.14**<br>☐ E/F<br>☐ G |

Debtor **Better Bath Better Body LLC** Case number *(if known)*

## Additional Page to List More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Contenzio LLC** | **501 W Broadway, Suite 800<br>San Diego, CA 92101** | **Daytona Funding Solutions Corp** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.7 | **Jason Clegg** | **113 West G Street, #516<br>San Diego, CA 92101** | **Five Star Bank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.8 | **Jason Clegg** | **113 West G Street, #516<br>San Diego, CA 92101** | **OnRamp** | ■ D **2.9**<br>☐ E/F<br>☐ G |
| 2.9 | **Jason Clegg** | **113 West G Street, #516<br>San Diego, CA 92101** | **OnDeck** | ☐ D<br>■ E/F **3.15**<br>☐ G |
| 2.10 | **Jason Clegg** | **113 West G Street, #516<br>San Diego, CA 92101** | **The Smarter Merchant** | ■ D **2.14**<br>☐ E/F<br>☐ G |
| 2.11 | **Jason Clegg** | **113 West G Street, #516<br>San Diego, CA 92101** | **Daytona Funding Solutions Corp** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.12 | **Jason Clegg** | **113 West G Street, #516<br>San Diego, CA 92101** | **Novus Capital Funding** | ■ D **2.8**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Better Bath Better Body LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,036,634.00** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$2,832,514.89** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$3,236,568.27** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Better Bath Better Body LLC** Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Parafin Capital**<br>**301 Howard St, Suite 1800**<br>**San Francisco, CA 94105** | **03/2026-06/2026** | **$34,825.93** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Hub Group, Inc. v. Better Bath Better Body LLC**<br>**25-CI-00606** | **Collection** | **Shelby County Circuit Court**<br>**401 Main St, Suite 101**<br>**Shelbyville, KY 40065** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer email subscriber list**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Amit Kumar**<br>**8, The Green, Suite R**<br>**Dover, DE 19901** | **01/2026 - present** |
| 26a.2. | **Mehdiani Financial Management**<br>**Alan Mehdiani**<br>**9025 Wilshire Blvd, Suite 301**<br>**Beverly Hills, CA 90211** | **07/2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Jason Clegg**<br>**113 West G Street, #516**<br>**San Diego, CA 92101** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jason Clegg** | **113 West G Street, #516**<br>**San Diego, CA 92101** | **Manager** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

Debtor **Better Bath Better Body LLC** Case number *(if known)*

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 3, 2026**

**/s/ Jason Clegg**
Signature of individual signing on behalf of the debtor

**Jason Clegg**
Printed name

Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Kentucky

In re **Better Bath Better Body LLC** Case No.

Debtor(s) Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

■ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **15,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **450.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

**i. Engage in conferences with debtor, creditors, the United States Trustee, court personnel, and other professionals employed by debtor or estate;**
**ii. Draft and review pleadings, notices, correspondence, transactional documents, and proposed orders related to the chapter 11 case, including, without limitation, applications for compensation filed on behalf of KJAB and any other professionals employed in the chapter 11 case;**
**iii. Research and investigate points of law and/or fact relevant to the chapter 11 case;**
**iv. Prepare for and attend all hearings and meetings scheduled by the Court or the United States Trustee's office and related to the chapter 11 bankruptcy case; and**
**v. Assist debtor in the development of a viable chapter 11 plan or other disposition of assets.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**Representation of the debtor in any associated cases or proceedings pending or initiated before state courts, any federal court other than the bankruptcy court, or administrative tribunals, other than for purposes of monitoring and enforcing automatic stay.**

In re **Better Bath Better Body LLC** Case No. ____________
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 3, 2026**
*Date*

**/s/ Charity S. Bird**
**Charity S. Bird**
*Signature of Attorney*

**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax: (502) 540-8282**
**cbird@kaplanjohnsonlaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Western District of Kentucky

In re **Better Bath Better Body LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jason Clegg**<br>**113 West G Street, #516**<br>**San Diego, CA 92101** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 3, 2026**

Signature ***/s/* Jason Clegg**
**Jason Clegg**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re **Better Bath Better Body LLC** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 3, 2026** **/s/ Jason Clegg**
**Jason Clegg**/**Manager**
Signer/Title

Alliance Analytical Labs
179 West Randall
Coopersville, MI 49404

Anthem Blue Cross Blue Shield
PO Box 37180
Louisville, KY 40233

Anthem Blue Cross Blue Shield
PO Box 511300
Los Angeles, CA 90051

ATS Logistics Services, Inc.
1465 SW Park Square Dr, Suite 206
Ankeny, IA 50023

Debra Cherney
E2669 County Rd J
Kewaunee, WI 54216

Cintas
P.O. Box 630921
Cincinnati, OH 45263-0921

Clegg Properties LLC
301 Corporate Dr
Shelbyville, KY 40065

Contenzio LLC
501 W Broadway, Suite 800
San Diego, CA 92101

Corporation Service Company
315 High St
Frankfort, KY 40601

Daytona Funding Solutions Corp
266 Broadway, Suite 401
Brooklyn, NY 11211

First Citizens Bank & Trust
P.O. BOX 100706
Pasadena, CA 91189

Five Star Bank
2240 Douglas Blvd, Suite 100
Roseville, CA 95661

Keith Fleischmann
15455 Albright St
Pacific Palisades, CA 90272

Guthrie Family Living Trust
18695 N 03rd St
Scottsdale, AZ 85255

Harcros Chemicals Inc.
PO Box 74583
Chicago, IL 60696

Hub Group, Inc.
2001 Hub Group Way
Oak Brook, IL 60523

Immix Law Group PC
600 NW Naito Pkwy, Suite G
Portland, OR 97209

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J&J Pallet
PO Box 583
New Albany, IN 47151

Jason Clegg
113 West G Street, #516
San Diego, CA 92101

Kensington Holdings, LLC
30 N Gould St, Ste N
Sheridan, WY 82801

Kentucky Department of Revenue
Legal Support Branch - Bankruptcy
PO Box 5222
Frankfort, KY 40602

LEAF Capital Funding LLC
PO Box 5066
Hartford, CT 06102

Meridian Equipment Finance
367 Eagleview Blvd
Exton, PA 19341

Muse Freight
8205 W 108th Ter, Suite 220
Overland Park, KS 66210

Dat Nguyen
8192 Willow Dr
Cypress, CA 90630

Noll Law Office
2843 Brownsboro Rd, Ste 212
Louisville, KY 40206

Novus Capital Funding
970 Lake Carillon Dr
Saint Petersburg, FL 33716

OnDeck
4700 W Daybreak Pkwy, #200
South Jordan, UT 84009

OnRamp
1705 S Capital of Texas Hwy, #500
Austin, TX 78746

OTC Industrial
PO Box 73278
Cleveland, OH 44193

Parafin Capital
301 Howard St, Suite 1800
San Francisco, CA 94105

Pawnee Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526

Pitney Bowes
3001 Summer Street
Stamford, CT 06926

PNC Bank, NA
PO Box 747032
Pittsburgh, PA 15274

Premier Magnesia
1000 Heid Ave
Waynesburg, PA 15370

Priority1 Freight
639 Loyola Ave, Suite 1800
New Orleans, LA 70113

ProLift Toyota
ProLift Warehouse Solutions
13001 Plantside Dr
Louisville, KY 40299

RXO
AG Adjustments, Ltd.
1 Huntington Quadrangle, Ste 4N15
Melville, NY 11747

Tim Sciacqua
918 Crest View Drive
Mesquite, NV 89027

Shopify Capital
33 New Montgomery St
Suite 750
San Francisco, CA 94105

Shorr Packaging Corporation
PO Box 773252
Chicago, IL 60677

The Smarter Merchant
460 Park Ave S
New York, NY 10011

Toyota Industries Commerical Finance
PO Box 660926
Dallas, TX 75266

Toyota Industries Commerical Finance, In
PO Box 9050
Coppell, TX 75019-9050

Tricore Capital
13107 Colonel Glenn Rd
Little Rock, AR 72210

U.S. Attorney
717 W Broadway
Louisville, KY 40202

U.S. Attorney's Office (EDKY)
Attn: Bankruptcy
PO Box 1490
Lexington, KY 40588

U.S. Small Business Administration
KY District Office
600 Dr. Martin Luther King, Jr. Place
Room 188
Louisville, KY 40202

U.S. Small Business Administration
Tennessee District Office
2 International Plaza, Suite 500
Nashville, TN 37217-2002

Uline
PO Box 88741
Chicago, IL 60680

Valenti Hanley PLLC
c/o Michael A. Valenti, Esq
401 W Main St, #1950
Louisville, KY 40202

Brian Wheeler
21 Coventry Ln
Daleville, VA 24083

Wintrust Financial
2050 Main St, Suite 230
Irvine, CA 92614

# United States Bankruptcy Court
## Western District of Kentucky

In re **Better Bath Better Body LLC** Debtor(s)

Case No.
Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Better Bath Better Body LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 3, 2026**
Date

**/s/ Charity S. Bird**
**Charity S. Bird**
Signature of Attorney or Litigant
Counsel for **Better Bath Better Body LLC**

**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**